UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>             Plaintiff,<br><br>      v.<br><br>CA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>             Defendants | Case No. 23-cv-05906 BLF<br><br>**ORDER GRANTING RELIEF FROM ELECTRONIC FILING REQUIREMENT; INSTRUCTIONS TO CLERK** |

Plaintiff is a state prisoner who is seeking to file an action under 42 U.S.C. § 1983. Plaintiff was housed at Pelican Bay State Prison ("PBSP") at the time he mailed case-initiating documents to this Court. Dkt. No. 1 at 2. On November 16, 2023, the Clerk of the Court sent Plaintiff a notice of his failure to use PBSP's email filing procedures in filing his case-initiating documents – i.e., the complaint and *in forma pauperis* ("IFP") application, in violation of General Order No. 76.[1] Dkt. No. 1 at 1. The Clerk's notice advised Plaintiff of the procedures to comply with the emailing requirements and that he

---

[1] General Order No. 76 established a Pilot Project of the Court and the California Department of Corrections and Rehabilitation ("CDCR"), which requires prisoners filing civil rights actions under § 1983 to submit the case-initiating documents to the Court by email through designated CDCR staff.

must do so within fourteen days of the notice to avoid dismissal.  *Id*.  This matter was reassigned to the undersigned on December 20, 2023.  Dkt. No. 6.

The Court notes that on December 15, 2023, Plaintiff filed a notice of change of address, stating that he is now housed at Calipatria State Prison and no longer at PBSP.  Dkt. No. 4.  The notice is dated December 4, 2023.  *Id.* at 1.  Accordingly, the Court finds good cause for relieving Plaintiff from General Order No. 76's efiling requirement as he is no longer confined at a CDCR institution designated by the Clerk of the Court to participate in the Pilot Program under General Order No. 76.

The Clerk shall file the case-initiating documents that were received by the Court as separate docket entries, *i.e.*, the complaint and IFP application, with a filed date of November 16, 2023.  Dkt. Nos. 1-2, 1-3.  The Court will conduct an initial review of these papers in due course.

**IT IS SO ORDERED.**

Dated:  \_December 21, 2023\_\_\_

BETH LABSON FREEMAN
United States District Judge

Order Granting relief from GO76; Inst. To Clerk
P:\PRO-SE\BLF\CR.23\05906Do_GO76relief

2