UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 14) |

　　Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against "CDCR Officers," "CDCR Nurses," "CDCR Doctors," and the "California Corrections Health Care Services." Dkt. No. 8. On April 2, 2024, the Court dismissed the complaint with leave to amend. Dkt. No. 12. Plaintiff was directed to file a response within twenty-eight days from the date the order was filed, which was April 30, 2024. *Id.* at 5.

　　The Court notes that on April 16, 2024, the mail sent to Plaintiff was returned as undeliverable. Dkt. No. 13. The Clerk resent a copy of the court order on April 17, 2024. Accordingly, Plaintiff's request for an extension of time to file an amended complaint due to a delay in mail delivery is **GRANTED**. Dkt. No. 14. Plaintiff shall file a response to

the Court's initial review order **no later than twenty-eight days** from the date this order is filed.

The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. C 23-cv-05906 BLF (PR), and the words "AMENDED COMPLAINT" on the first page. If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed. The amended complaint supersedes the original, the latter being treated thereafter as non-existent. *Ramirez v. Cty. Of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Consequently, claims not included in an amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order in the time provided will result in the dismissal with prejudice of this action for failure to state a claim for relief.**

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: ___May 21, 2024_____                    _____
                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.23\05906Do-eot-ac

2