1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINH CONG DO,

        Plaintiff,

   v.

CA CORRECTIONS HEALTH CARE
SERVICES, et al.,

        Defendants.

Case No. 23-cv-05906 BLF (PR)

**ORDER OF DISMISSAL**

      Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical staff at Pelican Bay State Prison ("PBSP") where he was formerly housed.  Dkt. No. 8 at 1.  On April 2, 2024, the Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies.  Dkt. No. 12. Plaintiff was directed to file an amended complaint within twenty-eight days of the order. *Id.* at 5.  He was advised that failure to respond would result in the dismissal of the action. *Id.*  On May 21, 2024, the Court granted Plaintiff's motion for an extension of time, and extended the deadline to June 18, 2024.  Dkt. No. 16.

      The deadline has since passed, and Plaintiff has failed to file an amended complaint in the time provided.  Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

1       The Clerk shall terminate all pending motions and close the file.

2       **IT IS SO ORDERED.**

3       **Dated:   __July 8, 2024_____**

BETH LABSON FREEMAN
United States District Judge

Order of Dism.
PRO-SE\BLF\CR.23\05906Do_dism(no-amend)

*United States District Court*
*Northern District of California*

2