UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>    Plaintiff,<br><br>    v.<br><br>CA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: __July 8, 2024_____

                      BETH LABSON FREEMAN
                      United States District Judge

Judgment
PRO-SE\BLF\CR.23\05906Do_judgment