UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05906 BLF<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE** |

Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On April 2, 2024, the Court dismissed the complaint with leave to amend. Dkt. No. 12. Thereafter, Plaintiff was granted an extension of time. Dkt. No. 16. On July 8, 2024, the Court dismissed the action and entered judgment due to Plaintiff's failure to file an amended complaint by the deadline of June 18, 2024. Dkt. Nos. 17, 18.

On July 18, 2024, Plaintiff's amended complaint, which was received on June 12, 2024, was belatedly docketed due to a clerical error. Dkt. No. 19. Because Plaintiff filed an amended complaint in a timely manner, the Court will order the matter reopened. Accordingly, the Judgment entered on July 8, 2024, Dkt. No. 18, is **VACATED**.

The Court shall conduct an initial review of the amended complaint in a separate

order.

The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated:  __**July 22, 2024**_____          /s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Reopening Action
P:\PRO-SE\BLF\CR.23\05906Do_reopen