UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>            Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE MORE INFORMATION FOR DEFENDANT HAKAKI** |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical staff at Pelican Bay State Prison ("PBSP") where he was formerly housed. Dkt. No. 8. On October 3, 2024, the Court found the amended complaint stated cognizable claims against Defendants Dr. Bzoskie and Nurse Hakaki and ordered the matter served. Dkt. No. 22. The CDCR filed a response, stating that they are unable to identify "Nurse Hakaki." Dkt. No. 23. Accordingly, this Defendant has not yet been served.

Although a plaintiff who is incarcerated and proceeding *in forma pauperis* may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon

the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). Here, Plaintiff's complaint has been pending for over 90 days, and thus, absent a showing of "good cause," claims against Defendant Hakaki are subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). Plaintiff must remedy the situation by providing more information to properly identify Defendant Hakaki as a current or former employee of PBSP or face dismissal of his claims against this Defendant without prejudice. *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service).

## CONCLUSION

Based on the foregoing, Plaintiff must file notice providing the Court with more information to properly identify **Defendant Nurse Hakaki**, such as a first initial, such that the Marshal is able to effect service. If Plaintiff fails to provide the Court with the information requested **within twenty-eight (28) days** of the date this order is filed, Plaintiff's claims against Defendant Hakaki shall be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: _December 2, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Directing Pl to Provide More Info for Def. Hakaki
PRO-SE\BLF\CR.23\05906Do_more-info