UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>      Plaintiff,<br><br>v.<br><br>CA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>      Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER GRANTING LEAVE TO SUPPLEMENT COMPLAINT WITH CLAIM AGAINST DEFENDANT KELLI KAMEHAIKU** |

Plaintiff, a state inmate at Calipatria State Prison, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical staff at Pelican Bay State Prison ("PBSP") where he was formerly housed. Dkt. No. 8. The Court found the amended complaint stated a cognizable claim against Dr. Thomas Bzoskie for deliberate indifference to serious medical needs under the Eighth Amendment and an excessive force claim against Defendant Nurse Hakaki, and ordered service on Defendants. Dkt. No. 22. In response, the CDCR reported that they are unable to identify "Nurse Hakaki." Dkt. No. 23. The Court ordered Plaintiff to file more information for Nurse Hakaki so that the Marshal is able to effect service. Dkt. No. 25.

Plaintiff filed a response, stating that this Defendant's proper name is "Kelli Kamehaiku." Dkt. No. 26. Before the Court can order service on Nurse Kamehaiku,

Plaintiff will be granted leave to file a supplemental complaint that contains allegations against Nurse Kamehaiku identical to those in the first amended complaint against "Nurse Hakaki." Plaintiff must also state that he wishes to strike the claims against "Nurse Hakaki" from the first amended complaint.

## CONCLUSION

For the foregoing reasons, Plaintiff is granted leave to file a supplemental complaint against Defendant Nurse Kelli Kamehaiku. Within **twenty-eight (28) days** of the date this order is filed, Plaintiff shall file a supplemental complaint containing his claim against this defendant. The supplemental complaint must include the caption and civil case number used in this order, Case No. 23-cv-05906 BLF (PR), and the words "SUPPLEMENTAL COMPLAINT" on the first page.

**IT IS SO ORDERED.**

Dated: __December 20, 2024____

BETH LABSON FREEMAN
United States District Judge

Order Granting Leave to File Suppl. Compl.
PRO-SE\BLF\CR.23\05906Do_lta.Def.Kamehaiku

2