UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONS<br>HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 29) |

  Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against "CDCR Officers," "CDCR Nurses," "CDCR Doctors," and the "California Corrections Health Care Services." Dkt. No. 8. On October 3, 2024, the Court ordered service of the first amended complaint (Dkt. No. 19) on two defendants. Dkt. No. 22. Defendant Thomas Bzoskie filed a motion for summary judgment on December 20, 2024. Dkt. No. 27.

  Plaintiff has filed a motion or an extension of time to file opposition. Dkt. No. 30. However, he has provided no basis for the extension of time. *Id.* In the interest of justice and in light of Plaintiff's *pro se* status, the Court will grant the motion. Plaintiff's opposition shall be filed **no later than twenty-eight (28) days** from the date this order is

filed. Plaintiff is advised that if he requires further extension of time, he must set forth good cause for the extension in future motions.

Defendant Bzoskie's reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated:  __February 4, 2025_____          /s/ Beth Labson Freeman
                                            BETH LABSON FREEMAN
                                            United States District Judge

Order Granting Mot. for EOT to File Opp.
PRO-SE\BLF\CR.23\05906Do-eot-opp

2