UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONS HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 37) |

　　　　Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against "CDCR Officers," "CDCR Nurses," "CDCR Doctors," and the "California Corrections Health Care Services." Dkt. No. 8. On October 3, 2024, the Court ordered service of the first amended complaint (Dkt. No. 19) on two defendants. Dkt. No. 22. Defendant Thomas Bzoskie filed a motion for summary judgment on December 20, 2024. Dkt. No. 27.

　　　　Plaintiff has filed a motion for a second extension of time to file opposition due to limited time and other pending legal matters that require his attention. Dkt. No. 37. Good cause show, the motion is GRANTED. Plaintiff's opposition shall be filed **no later than April 14, 2025**, as requested. *Id.* at 1.

Defendant Bzoskie's reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 37.

**IT IS SO ORDERED.**

Dated: __March 6, 2025_____                    _____
                                                  BETH LABSON FREEMAN
                                                  United States District Judge

Order Granting Mot. For 2nd EOT to File Opp.
PRO-SE\BLF\CR.23\05906Do-eot-opp2

2