UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CORRECTIONS<br>HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 41) |

　　　　Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against "CDCR Officers," "CDCR Nurses," "CDCR Doctors," and the "California Corrections Health Care Services." Dkt. No. 8. On October 3, 2024, the Court ordered service of the first amended complaint (Dkt. No. 19) on two defendants. Dkt. No. 22. Defendant Thomas Bzoskie filed a motion for summary judgment on December 20, 2024. Dkt. No. 27. Defendant Kamehaiku filed a notice of joinder to that motion. Dkt. No. 40.

　　　　Plaintiff has filed a motion for a third extension of time to file opposition due to the prison being on lockdown and preventing access to the law library. Dkt. No. 41. Good cause show, the motion is GRANTED. Plaintiff's opposition shall be filed **no later than May 15, 2025**, as requested. *Id.*

Defendants' reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 41.

**IT IS SO ORDERED.**

Dated:  ___April 23, 2025_____                                    _____
                                                                                                    BETH LABSON FREEMAN
                                                                                                    United States District Judge

Order Granting Mot. For 3rd EOT to File Opp.
PRO-SE\BLF\CR.23\05906Do-eot-opp3

2