UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CONG DO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONS<br>HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No. 23-cv-05906 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants Dr. Bzoskie and K. Kamehaiku.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __August 12, 2025_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\05906Do_judgment